IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANT FROM THE DISTRICT COURT FOR WARSAW-ZOLIBORZ, WARSAW, POLAND, In the matter of: ALEJA ZIEDNOCZENIA, <br><br>  Plaintiff, <br><br>   v. <br><br> ADRIAN ANTHONY JOHNSON, <br><br>  Defendant. | CIVIL ACTION NO.: 4:22-cv-88 |

**O R D E R**

The United States of America, on behalf of the District Court of Warsaw-Zoliborz in Warsaw, Poland, initiated this case by filing an application, pursuant to 28 U.S.C. § 1782(a), seeking a DNA sample and other evidence from Adrian Anthony Johnson, who is found within the jurisdiction of this Court, for use in a judicial proceeding in Poland.  (Doc. 1.)  The Court granted the application.  (Doc. 2.)  Presently before the Court is a Motion for Voluntary Dismissal, filed by the United States.  As no answer or motion for summary judgment has been filed in this case, the case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions and **CLOSE** this case.

**SO ORDERED**, this 3rd day of June, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA